UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-22715-UU

ANDRES GOMEZ,

    Plaintiff,

v.

VINCE, LLC,

    Defendant.

_____/

### ORDER

THIS CAUSE came before the Court upon Plaintiff's Notice of Dismissal With Prejudice. D.E. 8 (the "NOVD"). The Court has reviewed the NOVD and the pertinent portions of the record and is otherwise fully advised in the premises. On July 20, 2020, Plaintiff filed the NOVD, informing the Court that he dismissed this action with prejudice. *Id.* Accordingly, it is hereby

ORDERED AND ADJUDGED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims in this action are DISMISSED WITH PREJUDICE. It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _20th_ day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE

cc: all counsel of record via cm/ecf